ABRAM V. MORRIS, Respondent, *v.* FRANCIS A. FALES et al., Appellants.

(Argued December 10, 1889 ; decided January 14, 1890.)

APPEAL from judgment of the General Term of the Supreme Court in the third judicial department, entered upon

an order made on the second Tuesday of January, 1887, which affirmed a judgment in favor of plaintiff, entered upon a decision of the court on trial at Special Term.

*E. F. Bullard,* for appellants.

*M. L. Stover,* for respondent.

Agree to affirm on opinion of court below.
All concur except POTTER, J., not sitting.
Judgment affirmed.